DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAUGHTON JONES** and **REJEANNA JONES,**
Appellants,

v.

**HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC.,**
Appellee.

No. 4D2023-0540

[November 22, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 502022CA004654XXXXMB.

Jamie Alvarez of Shield Law Group of Florida, LLC, Davie, for appellants.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for appellee.

PER CURIAM.

*Affirmed. See Cole v. Universal Property & Casualty Insurance Co.,* 363 So. 3d 1089 (Fla. 4th DCA 2023).

KLINGENSMITH, C.J., KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***